IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL I. BROWN-SEALS, A44915, | )<br>) |
| Plaintiff(s), | ) No. C 14-5152 CRB (PR)<br>) |
| vs. | ) ORDER<br>) |
| SHERIFF TOM ALLMAN, et al., | )<br>) |
| Defendant(s). | )<br>) |

Defendants Sheriff Tom Allman, et al. (County Defendants) have filed a motion to dismiss the prisoner complaint they removed to federal court from Mendocino County Superior Court and noticed the motion for a hearing.

The hearing noticed for January 23, 2015 is VACATED. Now that Plaintiff has filed an opposition and County Defendants have filed a reply, an order on the motion will issue shortly.

SO ORDERED.

DATED: Jan. 5, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Brown-Seals, M.14-5152.vacate.wpd