IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL I. BROWN-SEALS, A44915, ) | |
| ) | |
| Plaintiff(s), ) | No. C 14-5152 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| SHERIFF TOM ALLMAN, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

    Defendants have filed a motion for summary judgment in this civil rights action by a pro se prisoner and noticed the motion for a hearing.

    The hearing noticed for December 4, 2015 is VACATED.  Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than November 20, 2015 and defendants shall file a reply to any opposition within 14 days of filing.  The motion will be decided without a hearing unless the court find that a hearing is necessary.

SO ORDERED.

DATED: Nov. 2, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.14\Brown-Seals, M.14-5152.vacate2.wpd