United States District Court
Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 EUREKA DIVISION

7

8 MICHAEL I. BROWN-SEALS,

Plaintiff,

Case No.  14-cv-05152-CRB   (NJV)

9

v.

**ORDER SETTING STATUS CONFERENCE**

10

11 J. URIBE, et al.,

Defendants.

12

13

14    This case has been referred to the undersigned for a settlement conference.  (Doc. 54.)

15 Accordingly, the matter is HEREBY SET for a telephonic status conference on May 11, 2016, at

16 10:00 a.m.  The parties shall connect into the status conference by dialing 888-684-8852 and

17 entering access code 1868782.

18    **IT IS SO ORDERED**.

19 Dated: April 26, 2016

20

21 NANDOR J. VADAS
United States Magistrate Judge

22

23

24

25

26

27

28