UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL I. BROWN-SEALS, | No. 3:14-cv-5152 CRB (NJV) |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM AND REQUIRING MEET AND CONFER |
| v. | |
| C. DE LOS SANTOS, et al, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled in this case for 10:00 a.m. on July 7, 2016, at Pelican Bay State Prison.

Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than June 30, 2016.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than June 23, 2016. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

**Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.** Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: May 19, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL I. BROWN-SEALS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. DE LOS SANTOS, et al.,<br><br>    Defendants.<br>_____/ | No. 3:14-CV-05152 CRB (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 19, 2016, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Michael I. Brown-Seals
#V-77488
Pelican Bay State Prison
C-1-A#102 SHU
P.O. Box 7500
Crescent City, CA 95532

Litigation Coordinator
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95532

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3