UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MICHAEL I BROWN-SEALS,

    Plaintiff,

v.

J. URIBE, et al.,

    Defendants.

Case No. 3:14-cv-05152-CRB (NJV)

**RESPONSE TO REQUEST FOR INFORMATION REGARDING SETTLEMENT CONFERENCE STATEMENT**

Re: Dkt. No. 74

    Plaintiff has requested information regarding the required contents of the settlement conference statement to be filed in this case. (Doc. 74.) A settlement conference statement should generally contain the following:

a. A brief statement of the facts of the case;

b. A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, and a candid evaluation of the parties' likelihood of prevailing on the claims and defenses. The more candid the parties are, the more productive the conference will be;

c. A list of the key facts in dispute and a brief statement of the specific evidence relevant to a determination of those facts;

1  d. A summary of the proceedings to date and any pending motions;

2  e. An estimate of the cost and time to be expended for further discovery, pretrial and trial;

3  f. The relief sought, including an itemization of damages.

4  **IT IS SO ORDERED**.

7  Dated: May 24, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge