UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL I BROWN-SEALS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. URIBE, et al.,<br><br>    Defendants. | Case No. 14-cv-05152-CRB (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on July 7, 2016 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Pro Se

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Brina Latkin, County of Mendocino

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

1    ( X )  The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated: 7/22/2016



_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL I BROWN-SEALS,

    Plaintiff,

v.

J. URIBE, et al.,

    Defendants.

Case No. 14-cv-05152-CRB   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael I Brown-Seals ID: #V-77488
Pelican Bay State Prison C-1-A#102 SHU
P.O. Box 7500
Crescent City, CA 95532-7000

Dated: July 22, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3