IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL I. BROWN-SEALS, A44915,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>C. DE LOS SANTOS, et al.,<br><br>　　　　Defendant(s). | No. C 14-5152 CRB (PR)<br><br>ORDER<br><br>(ECF Nos. 76, 77 & 80) |

　　　　Plaintiff has filed multiple motions for leave to file a second amended complaint (ECF Nos. 76, 77 & 80) after his case failed to settle after settlement proceedings before Magistrate Judge Vadas. Defendants shall file a response to plaintiff's motions within fourteen (14) days of this order and plaintiff may file a reply within seven (7) days of defendants' response.

　　　　This case remains stayed in all other respects.

SO ORDERED.

DATED: July 29, 2016

　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.14\Brown-Seals, M.14-5152.or1.wpd