1 | KILPATRICK TOWNSEND & STOCKTON LLP
JORDAN TRENT JONES (SBN 166600)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: 650 326 2400
Facsimile: 650 326 2422
Email: jtjones@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
BENJAMIN M. KLEINMAN-GREEN (SBN 261846)
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300
Email: bkleinman-green@kilpatricktownsend.com

Attorneys for Plaintiff
MICHAEL IZELL BROWN-SEALS

KATHARINE L. ELLIOTT (SBN 135253)
BRINA A. LATKIN (SBN 260829)
COUNTY OF MENDOCINO –
ADMINISTRATION CENTER
501 Low Gap Road, Room 1030
Ukiah, CA 95482
Email: latkinb@co.mendocino.ca.us
Telephone: 707-234-6885
Facsimile: 707-463-4592

Attorneys for Defendants
DE LOS SANTOS, WAGNER, and URIBE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL IZELL BROWN-SEALS,<br><br>Plaintiff,<br><br>v.<br><br>DE LOS SANTOS, ET AL.,<br><br>Defendants. | Civil Action No. 14-05152 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND**<br><br>**ORDER - AS MODIFIED** |

Pursuant to Civil Local Rules 16-2(e) and 7-12, Plaintiff Michael Izell Brown-Seals and Defendants De Los Santos, Wagner, and Uribe (collectively, "Defendants") hereby stipulate and jointly request that the Court continue the October 14, 2016 case management conference and modify other deadlines as follows:

WHEREAS the parties' initial case management conference is scheduled for October 14, 2016 and an initial case management conference statement is due on October 7, 2016 (Dkt. 87); and



WHEREAS the parties wish to modify the above-referenced dates to account for the appointment of Plaintiff's counsel and several Federal holidays falling on Fridays in November,

The Parties hereby stipulate to the following revisions to the Court-ordered schedule:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Deadline to file Joint Initial Case Management Conference Statement | October 7, 2016 | December 9, 2016 |
| Initial Case Management Conference | October 14, 2016 | December 16, 2016 at 8:30 a.m. |

DATED:  September 30, 2016          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Benjamin M. Kleinman-Green*
     BENJAMIN MAX KLEINMAN-GREEN
Attorneys for Plaintiff
MICHAEL IZELL BROWN-SEALS

DATED:  September 30, 2016          Respectfully submitted,

COUNTY OF MENDOCINO – ADMINISTRATION CENTER

By: */s/ Brina A. Latkin*
     BRINA A. LATKIN
Attorneys for Defendants
DE LOS SANTOS, WAGNER, and URIBE

### ATTESTATION OF E-FILED SIGNATURE

I, Benjamin M. Kleinman-Green, am the ECF User whose ID and password are being used to file this **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**. In compliance with Local Rule 5-1(i)(3), I hereby attest that Brina A. Latkin has concurred in this filing.

*/s/ Benjamin M. Kleinman-Green*
BENJAMIN M. KLEINMAN-GREEN



## ORDER

IT IS SO ORDERED AS MODIFIED.

Dated: September 30, 2016

_____
Honorable Charles R. Breyer
United States District Court Judge

68764511V.1



STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER - CASE NO. 14-05152 CRB

- 3 -