KATHARINE L. ELLIOTT (SBN 135253)
BRINA A. BLANTON (SBN 260829)
COUNTY OF MENDOCINO – ADMINISTRATION CENTER
501 Low Gap Road, Room 1030
Ukiah, CA 95482
Email:  blantonb@co.mendocino.ca.us
Telephone:  707-234-6885
Facsimile:  707-463-4592

Attorneys for Defendants
DE LOS SANTOS, WAGNER, and URIBE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL IZELL BROWN-SEALS,<br><br>Plaintiff,<br><br>v.<br><br>DE LOS SANTOS, ET AL.,<br><br>Defendants. | Civil Action No. 14-05152 CRB<br><br>**REQUEST TO RESET SETTLEMENT CONFERENCE**<br><br>Date:  April 4, 2017<br>Time:  9:30 a.m.<br>Ctrm.:  Eureka Courthouse |

Defendant Christine De Los Santos respectfully requests to reset the Settlement Conference currently set for April 4, 2017 to April 3, 2017 at 9:30 a.m. Plaintiff does not object to Defendant's request.

DATED:  March 21, 2017       Respectfully submitted,

COUNTY OF MENDOCINO – ADMINISTRATION CENTER

By: */s/ Brina A. Blanton*
       BRINA A. BLANTON
Attorneys for Defendants
DE LOS SANTOS, WAGNER, and URIBE

1

2    DATED:  March 21, 2017          KILPATRICK TOWNSEND & STOCKTON LLP

3

4                                   By: */s/ Jordan Trent Jones*

5                                       JORDAN TRENT JONES
                                        Attorneys for Plaintiff
6                                       MICHAEL IZELL BROWN-SEALS

7    **IT IS SO ORDERED.**

8        The settlement conference currently set for April 4, 2017 shall be reset for April 3,
     2017 at 9:30 a.m.
9

10

11   DATED:_____3/22/2017_____   _____

12                                    `       United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                    REQUEST TO RESET SETTLEMENT CONFERENCE                    - 2 -